| | | |
|---|---|---|
| STATE OF INDIANA | ) | IN THE PORTER SUPERIOR COURT |
| | ) SS: | |
| COUNTY OF PORTER | ) | CAUSE NO. _____ |

MARK JOSEPH,  )
        Plaintiff,  )
        )
vs.  )
        )
FIRST ROAD MOTOCROSS PARK, LLC,  )
        Defendant.  )

## COMPLAINT FOR DAMAGES

Comes now Plaintiff, Mark Joseph, by counsel, in support of his Complaint for Damages against Defendant, First Road Motocross Park, LLC, alleges and states the following:

1. Plaintiff, Mark Joseph (hereinafter "Plaintiff Joseph") is and was at all times relevant hereto a citizen and resident of the State of Illinois.

2. Defendant, First Road Motocross Park, LLC (hereinafter "Defendant Motocross") is and was at all times relevant hereto a for-profit limited liability company with its principal office address located in Hebron, Porter County, Indiana.

3. On or about May 4, 2019, Plaintiff Joseph was at the property located at 7264 South 1st Road in Kingsbury, Indiana (hereinafter "the Property") as a business invitee. At all times relevant hereto Defendant Motocross was in possession, occupation and control of the Property operating the motocross activities at the Property by and through Defendant Motocross' agents and employees.


EXHIBIT A

4. On or about May 4, 2019, Defendant Motocross owed Plaintiff Joseph a duty to maintain the Property and the motocross activities occurring at the Property in a reasonably safe condition and with reasonable care.

5. On or about that date, Defendant Motocross failed to maintain the Property and the motocross activities occurring at the Property in a reasonably safe condition and with reasonable care.

6. As a direct and proximate result of Defendant Motocross' failure to maintain the Property and the motocross' activities occurring at the Property in a reasonably safe condition and with reasonable care, Plaintiff Joseph was struck by other motocross riders causing him to suffer serious bodily injuries and incur other damages.

7. As a direct and proximate result of Defendant Motocross' negligence causing Plaintiff Joseph's injuries, Plaintiff Joseph suffered serious temporary and permanent bodily injuries including, but limited to the following:

    a. temporary and permanent bodily injuries;
    b. past and future medical expenses;
    c. past and future physical pain and suffering;
    d. emotional suffering;
    e. inability to function as a whole person;
    f. scarring and disfigurement;
    g. loss of enjoyment of life; and
    h. impaired earning capacity and lost wages.

8. Defendant Motocross is liable to Plaintiff Joseph for all damages Plaintiff Joseph has incurred and will continue to incur as a direct and proximate result of Defendant Motocross' negligence including, but not limited to the following:

    a. temporary and permanent bodily injuries;
    b. past and future medical expenses;
    c. past and future physical pain and suffering;
    d. emotional suffering;
    e. inability to function as a whole person;

  f.  scarring and disfigurement;
  g.  loss of enjoyment of life; and
  h.  impaired earning capacity and lost wages.

WHEREFORE, Plaintiff, Mark Joseph, by counsel, respectfully requests and prays for damages and relief in a judgment and verdict against Defendant, First Road Motocross Park, LLC, in this matter in an amount sufficient to compensate Plaintiff Joseph for all injuries and damages he has incurred and will continue to incur as a result of Defendant Motocross' negligence, and for all other just and proper relief the Court deems appropriate.

        Respectfully submitted,

        PARR RICHEY FRANDSEN PATTERSON
         KRUSE LLP

        Attorneys for Plaintiff


        By /s/ John M. McLaughlin
          John M. McLaughlin, 28678-06

## REQUEST FOR JURY TRIAL

Plaintiff, by counsel and pursuant to Ind. Trial Rule 38, hereby requests a trial by jury in this cause.

Respectfully submitted,

PARR RICHEY FRANDSEN PATTERSON
 KRUSE LLP

Attorneys for Plaintiff


By /s/ John M. McLaughlin
      John M. McLaughlin, 28678-06



John M. McLaughlin, 28678-06
PARR RICHEY FRANDSEN PATTERSON
 KRUSE LLP
225 West Main Street
Post Office Box 668
Lebanon, Indiana 46052
Telephone:   (765) 482-0110
             (317) 269-2509
Facsimile:   (765) 483-3444
Email:       jmclaughlin@parrlaw.com
1477652